ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

BARBARA J. VALLIERE (DCBN 439353)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7039
    FAX: (415) 436-7234
    barbara.valliere@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 23-CR-63-3 JSC |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| JIAQI ZHANG, | |
| Defendant. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Jiaqi Zhang.

DATED: November 5, 2024            Respectfully submitted,

                                                   ISMAIL J. RAMSEY
                                                   United States Attorney

                                                   */s/ Martha Boersch*
                                                   MARTHA BOERSCH
                                                   Chief, Criminal Division

Leave is granted to the government to dismiss the indictment as to defendant Jiaqi Zhang.

Date: November 5, 2024

HON. JACQUELINE S. CORLEY
United States District Judge